UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| JOSHUA BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  5:08-CV-6-R |
| | ) | JURY DEMAND (6) |
| | ) | |
| | ) | |
| PELLA CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

_____

ORDER OF COMPROMISE AND SETTLEMENT
_____

      Comes now the Plaintiff, by and through his respective undersigned counsel, and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, hereby notifies this Honorable Court that the parties have reached a full and complete compromise and settlement of this matter.

      **It is THEREFORE ORDERED, ADJUDGED, and DECREED** that the parties have reached a full and complete compromise and settlement of this matter and therefore this matter shall be dismissed with prejudice with costs taxed to the Defendant.

      Entered this the _____day of _____, 2008.

                                                      _____
                                                      JUDGE

APPROVED FOR ENTRY:

/s/ Donald D. Zuccarello
_____
Donald D. Zuccarello, [BPR No. 90951]
3209 West End Ave.
Nashville, Tennessee 37203
(615) 259-8100
(615) 259-8108 Facsimile
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, hereby certify that the foregoing document has been sent via the Court's electronic filing system to the following:

Robert Craig, Esq.
Taft, Stettinius & Hollister LLP
1717 Dixie Highway, Ste. 340
Covington, KY  41011

Ryan M. Martin, Esq.
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

Mark J. Stepaniak, Esq.
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

on this 30th day of June, 2008.

/s/ Donald D. Zuccarello_____
Donald D. Zuccarello