# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| JOSHUA BANKS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 5:08-CV-6-R |
| ) | JURY DEMAND (6) |
| ) | |
| PELLA CORPORATION, ) | |
| ) | |
|     Defendant. ) | |

_____ ORDER OF DISMISSAL _____

ORDER OF COMPROMISE AND SETTLEMENT
_____

    Comes now the Plaintiff, by and through his respective undersigned counsel, and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, hereby notifies this Honorable Court that the parties have reached a full and complete compromise and settlement of this matter.

    **It is THEREFORE ORDERED, ADJUDGED, and DECREED** that the parties have reached a full and complete compromise and settlement of this matter and therefore this matter shall be dismissed with prejudice with costs taxed to the Defendant.

    Entered this the _____ day of _____, 2008.

                                                                     _____
                                                                      JUDGE